# EXHIBIT 3

# Katie Moore

| | |
|---|---|
| **From:** | Katie Moore |
| **Sent:** | Monday, March 2, 2020 4:52 PM |
| **To:** | 'Forbush, Audrey' |
| **Cc:** | Forde, Kathaleen; Solomon Radner |
| **Subject:** | RE: Norris v. Settles, et al. - Deposition of Chief Settles |

Ok, we can change the date. Here is Solomon's availability in March: 13, 16, 20, 25, 26. Just let me know what works best for you and Chief Settles.

Thanks,

**Katie Moore** | Litigation Manager



**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
T: 866.9.EXCOLO (866.939.2656)
F: 248.436.6858
www.excololaw.com

**From:** Forbush, Audrey [mailto:AForbush@plunkettcooney.com]
**Sent:** Monday, March 2, 2020 4:43 PM
**To:** Katie Moore <kmoore@excololaw.com>
**Cc:** Forde, Kathaleen <KForde@plunkettcooney.com>; Solomon Radner <sradner@excololaw.com>
**Subject:** RE: Norris v. Settles, et al. - Deposition of Chief Settles

Hi Katie,

I am working on this.  Please note that I am on vacation in Florida on March 27 and the following week.

Audrey



### Audrey J. Forbush

Plunkett Cooney
Attorneys & Counselors at Law
T 810.342.7014    C 810.701.4546

bio | office | vcard | web | linkedin

**From:** Katie Moore [mailto:kmoore@excololaw.com]
**Sent:** Monday, March 02, 2020 2:33 PM

1

**To:** Forbush, Audrey
**Cc:** Forde, Kathaleen; Solomon Radner
**Subject:** Norris v. Settles, et al. - Deposition of Chief Settles


**[EXTERNAL]**

Hi Ms. Forbush,

Solomon asked me once again to get the deposition of Chief Settles scheduled in the above matter. We've arbitrarily chosen the date March 27, 2020 at 10:00. If you or Mr. Settles has a conflict with this date, let us know. Solomon is adamant on scheduling this deposition since we haven't received anything (to my knowledge) regarding the status of his health.

Thank you,

**Katie Moore** | Litigation Manager



**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
T: 866.9.EXCOLO (866.939.2656)
F: 248.436.6858
www.excololaw.com


*This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-529-3476 and delete the message.*

# Katie Moore

| | |
|---|---|
| **From:** | Katie Moore |
| **Sent:** | Tuesday, January 7, 2020 10:17 AM |
| **To:** | Forbush, Audrey |
| **Cc:** | Forde, Kathaleen; Solomon Radner |
| **Subject:** | RE: Norris v. Settles, et al. |

Hi Ms. Forbush,

Happy new year! My apologies for not following up with you sooner, the holidays caught up with me, but it is my understanding you and Solomon were able to catch up a few weeks ago to discuss this. Can we please have a few potential dates to schedule Chief Settles' deposition?

Thanks in advance.

**Katie Moore** | Litigation Manager



**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
T: 866.9.EXCOLO (866.939.2656)
F: 248.436.6858
[www.excololaw.com](www.excololaw.com)

---

**From:** Solomon Radner
**Sent:** Monday, December 2, 2019 11:28 AM
**To:** Forbush, Audrey <AForbush@plunkettcooney.com>; Katie Moore <kmoore@excololaw.com>; Forde, Kathaleen <KForde@plunkettcooney.com>
**Subject:** RE: Norris v. Settles, et al.

Tag you're it.

---

**From:** Forbush, Audrey [mailto:AForbush@plunkettcooney.com]
**Sent:** Monday, December 2, 2019 11:20 AM
**To:** Katie Moore <kmoore@excololaw.com>; Forde, Kathaleen <KForde@plunkettcooney.com>
**Cc:** Solomon Radner <sradner@excololaw.com>
**Subject:** RE: Norris v. Settles, et al.

Katie – could you please have Solomon contact me to discuss?  Thanks.

---

**From:** Katie Moore [mailto:kmoore@excololaw.com]
**Sent:** Monday, December 2, 2019 10:52 AM
**To:** Forde, Kathaleen
**Cc:** Forbush, Audrey; Solomon Radner
**Subject:** RE: Norris v. Settles, et al.

1

**[EXTERNAL]**

Hi Kathie,

I'm following up about scheduling Chief Settles' deposition. Solomon's availability has changed, and he could take this deposition on any of the following days, depending on the time: December 4, 6, 11, 20, 23, 26, 27, 30 or 31. He probably only needs an hour to 90 minutes. Discovery cutoff is 12/31, but I understand people often take time off during the holidays, so if Ms. Forbush is agreeable to scheduling Chief Settles' deposition after discovery cutoff, I can give you additional dates in January.

Thanks!

**Katie Moore** | Litigation Manager



**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
T: 866.9.EXCOLO (866.939.2656)
F: 248.436.6858
www.excololaw.com

---

**From:** Katie Moore
**Sent:** Monday, November 11, 2019 11:08 AM
**To:** 'Forde, Kathaleen' <KForde@plunkettcooney.com>
**Cc:** Forbush, Audrey <AForbush@plunkettcooney.com>; Solomon Radner <sradner@excololaw.com>
**Subject:** Norris v. Settles, et al.

Hi Kathie,

Solomon would like to reschedule the deposition of Chief Settles in the Billy Norris case. Solomon is available 11/27, 12/3, 12/20, or 12/23. Please let us know what date works best for Ms. Forbush and Chief Settles.

Thank you,

**Katie Moore** | Litigation Manager



**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
T: 866.9.EXCOLO (866.939.2656)
F: 248.436.6858
www.excololaw.com