# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BILLY GENE NORRIS,

      Plaintiff,           CASE NO.: 19-cv-10782
                                      HON. TERRENCE G. BERG

v.

CHIEF JADIE R. SETTLES;
OFFICER A. HATHORN;
OFFICER CHRISTOPHER REYNA;
DETECTIVE C. HARKINS;
CITY OF ROMULUS, a political
subdivision of the State of Michigan,

      Defendants.

## STIPULATION AND ORDER FOR DISMISSAL

_____

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective counsel, that the above-entitled cause of action be dismissed, with prejudice and without costs, interest or attorney fees to either party.

By */s/Solomon Radner (w/consent)*    By */s/Audrey J. Forbush*
   SOLOMON M. RADNER (P73653)      AUDREY J. FORBUSH (P41744)
   Attorney for Plaintiff                      Attorney for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY GENE NORRIS,

       Plaintiff,                CASE NO.:  19-cv-10782
                                                  HON. TERRENCE G. BERG

v.

CHIEF JADIE R. SETTLES;
OFFICER A. HATHORN;
OFFICER CHRISTOPHER REYNA;
OFFICER JASON ORME;
DETECTIVE C. HARKINS;
CITY OF ROMULUS, a political
subdivision of the State of Michigan,

       Defendants.
_____

**ORDER FOR DISMISSAL**

     Upon the reading and filing of the foregoing stipulation of the parties, and the Court being otherwise fully advised in the premises;

     **IT IS HEREBY ORDERED** that the above-entitled cause of action be and the same is hereby dismissed, with prejudice and without costs, interest or attorney fees to either party.

     **This resolves the last pending claims in this matter and closes the case.**

**IT IS SO ORDERED.**

Dated: September 25, 2020               /s/Terrence G. Berg
                                        **U.S. DISTRICT COURT JUDGE**